**Order entered April 3, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00115-CR

**MARCO ANTONIO CASTILLO ALVARADO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-20876-V**

## ORDER

The clerk's record shows appellant is indigent and represented by counsel. The reporter's record, requested by counsel on January 7, 2019, was due February 5, 2019. By postcard dated February 11, 2019, we notified court reporter Peri Wood to file the reporter's record by March 13, 2019. To date, the reporter's record has not been filed, and we have had no communication from Ms. Wood.

We **ORDER** court reporter Peri Wood to file the reporter's record in this appeal **WITHIN TEN DAYS OF THE DATE OF THIS ORDER**. We caution Ms. Wood that the failure to do so will result in the Court taking whatever remedies it has available, including ordering that she not sit until the reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; Peri Wood, court reporter, 292nd Judicial District Court; and to counsel for all parties.

.

/s/     CORY L. CARLYLE
        JUSTICE